## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING

**BROOKE COUNTY COMMISSION et al.,**

      Plaintiffs,

v.

**PURDUE PHARMA L.P. et al.,**

      Defendants.

**CIVIL ACTION NOS. 5:18-CV-9, 5:18-CV-10, 5:18-CV-11, 5:18-CV-12, 5:18-CV-13, 5:18-CV-14, 5:18-CV-15, 5:18-CV-16**
**(BAILEY)**

## ORDER DENYING DEFENDANTS CARDINAL HEALTH, INC., AMERISOURCEBERGEN DRUG CORPORATION, AND MCKESSON CORPORATION'S MOTION TO STAY

Currently pending before this Court is Defendants Cardinal Health, Inc., AmerisourceBergen Drug Corporation, and McKesson Corporation's Motion to Stay, filed on January 26, 2018. Upon consideration, the Motion to Stay **[Civil Action No. 5:18-CV-9 Doc. 10; Civil Action No. 5:18-CV-10 Doc. 12; Civil Action No. 5:18-CV-11 Doc. 12; Civil Action No. 5:18-CV-12 Doc. 12; Civil Action No. 5:18-CV-13 Doc. 11; Civil Action No. 5:18-CV-14 Doc. 13; Civil Action No. 5:18-CV-15 Doc. 11; Civil Action No. 5:18-CV-16 Doc. 12]** is **DENIED**. Further, this Court will rule on Plaintiffs' Emergency Motion to Remand following the normal briefing schedule.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

1

**DATED**: February 1, 2018.

/s/ John Preston Bailey
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE