UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                              MDL No. 2804

(SEE ATTACHED SCHEDULE)

ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE MARCH 29, 2018, HEARING SESSION ORDER

     A conditional transfer order was filed in the actions on the attached schedule on January 24, 2018. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in these actions filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that the actions were remanded to the Circuit Court of Marshall County, West Virginia by the Honorable John Preston Bailey in an order filed on February 23, 2018.

     IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-6" filed on January 24, 2018, is VACATED insofar as it relates to these actions.

     IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 15, 2018, are VACATED insofar as they relate to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                             MDL No. 2804

SCHEDULE A

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| WEST VIRGINIA NORTHERN | | | |
| WVN | 5 | 18−00009 | Brooke County Commission v. Purdue Pharma L.P. et al |
| WVN | 5 | 18−00010 | Hancock County Commission v. Purdue Pharma L.P. et al |
| WVN | 5 | 18−00011 | Harrison County Commission v. Purdue Pharma L.P. et al |
| WVN | 5 | 18−00012 | Lewis County Commission v. Purdue Pharma L.P. et al |
| WVN | 5 | 18−00013 | Marshall County Commission v. Purdue Pharma L.P. et al |
| WVN | 5 | 18−00014 | Ohio County Commission v. Purdue Pharma L.P. et al |
| WVN | 5 | 18−00015 | Tyler County Commission v. Purdue Pharma L.P. et al |
| WVN | 5 | 18−00016 | Wetzel County Commission v. Purdue Pharma L.P. et al |